UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CWCAPITAL ASSET MANAGEMENT, L.L.C.,
in its capacity as special servicer for WELLS
FARGO BANK, N.A., as successor by merger
with WELLS FARGO BANK MINNESOTA,
N.A., and as trustee for the registered holders
of GE CAPITAL COMMERCIAL MORTGAGE
CORPORATION, Commercial Mortgage
Pass-Through Certificates, Series 2002-1,

      Plaintiff,

v.

VILLA DIANN & HILLCREST ESTATES,
L.L.C., a limited liability corporation,

      Defendant.

Case No. 08-cv-393-slc

---

### ENTRY OF DEFAULT

---

Plaintiff requests that the Clerk of Court enter default against defendant Villa Diann & Hillcrest Estates, L.L.C. pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Villa Diann & Hillcrest Estates, L.L.C. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 25th day of August, 2008.

                          s/Joel W. Turner
                          Acting Clerk of Court