IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CWCAPITAL ASSET MANAGEMENT, L.L.C,
In its capacity as special servicer for WELLS
FARGO BANK, N.A., as successor by merger with
WELLS FARGO BANK MINNESOTA, N.A., and
as trustee for the registered holders of GE CAPITAL
COMMERCIAL MORTGAGE CORPORATION,
Commercial Mortgage Pass-Through Certificates,
Series 2002-1,

ORDER

08-cv-393-bbc

          Plaintiff,

  v.

VILLA DIANN & HILLCREST ESTATES,
L.L.C, a limited liability corporation,

          Defendant.

---

On December 10, 2008, this court held a telephonic hearing on the receiver's motion to enforce the injunction. Counsel for the receiver could not participate but counsel for CWCapital was able to report the receiver's position. Counsel for the executor of the decedent's personal estate in Illinois also participated.

After getting input from all concerned, we reached a consensus: it is ORDERED that the estate shall transfer to the receiver all Funds currently being held in trust.

The court will hold another telephonic status conference on December 22, 2008 at 9:30 a.m. Between now and then, the affected entities are to share relevant information about

the imminent sale of the property, the disbursement of funds, and to determine if any disputes remain for resolution in this court. If the parties jointly report that no federal court action is necessary, I will cancel the hearing. If the parties prefer to report orally either that there are no disputes, or that disputes remain that require court action, we will address those concerns at the next hearing.

Entered this 10th day of December, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge